THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIAM E. LOCKE, JR., Defendant-Appellant.

(No. 71-296; )

Fifth District—October 1, 1973.

PER CURIAM.

Robert E. Farrell, Deputy Defender, of Mt. Vernon, (Michael Q. Jones, Senior Law Student, of counsel,) for appellant.

Robert J. Hawkins, State's Attorney, of Fairfield, for the People.

CHARLES DOUGLAS LEWIS, Plaintiff-Appellant, *v.* GRANITE CITY STEEL COMPANY, Defendant-Appellee.

(No. 71-273; )

Fifth District—October 2, 1973.

Nick D. Vasileff, of Madison, for appellant.

Robert W. Wilson, of Burroughs, Simpson & Wilson, of Edwardsville, for appellee.